IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DEMETRA GARVIN, MARGARET NICOLE EDWARDS AND TAKEYRA MCCLAIN, <br><br> Plaintiff, <br><br> vs. <br><br> EFFINGHAM COUNTY SCHOOL DISTRICT, AND YANCY FORD IN HIS INDIVIDUAL AND OFFICIAL CAPACITY | CASE NO.   4:23-CV-00337 |

## DISMISSAL OF COMPLAINT BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS WITHOUT  PREJUDICE

The Plaintiffs, Demetra Garvin, Margaret Nicole Edwards and Takeyra McClain,  by and through their undersigned counsel, hereby voluntarily dismisses their claims against all defendants, without prejudice with leave to refile.

This __2nd__ day of __May__, 2024.

Respectfully submitted,


/s/ *L. Nicole Hamilton*

L. Nicole Hamilton
Georgia Bar No.: 320909

420 Seabreeze Drive
Rincon, Georgia 31326
(912) 596-4740

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served counsel for all Parties in the foregoing matter with a copy of **Voluntary Dismissal without Prejudice** via email upon:

Brian C. Smith (bsmith@pkknlaw.com)

This 2nd day of May, 2024.

/s/ *L. Nicole Hamilton*
L. Nicole Hamilton
Georgia Bar No.: 240996
Attorney for Defendant

420 Seabreeze Dr.
Rincon, Georgia 31326
(912) 596-4740